**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
————————

www.cand.uscourts.gov

Richard W. Wieking                                          General Court Number
Clerk                                                              415.522.2000

May 17, 2013

CASE TITLE:    US ETHERNET INNOVATIONS LLC-v-NETGEAR INC
RECEIVED FROM: United States District Court for the Eastern District of Texas

CASE NUMBER:    CV 13-02262 NC

TO COUNSEL OF RECORD:

     The above entitled action has been transferred to this District.  All future filings should

reflect the above case number.

Sincerely,

RICHARD W. WIEKING, Clerk

by:  Alfred Amistoso
Case Systems Administrator

G:\PROJECT\winmacro2\WP13\Reassign\Civil\SFLtr.wpd