1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NETGEAR, INC.,<br><br>Defendant. | Case No. 13-cv-02262 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), **IT IS HEREBY ORDERED** that the above captioned case is referred to Chief District Judge Claudia Wilken to determine whether it is related to *Zions Bancorporation v. U.S. Ethernet Innovations, LLC*, Case No. 10-cv-03481 CW.

IT IS SO ORDERED.

Date: May 20, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge