# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC,<br><br>        Plaintiff,<br>  v.<br>NETGEAR, INC,<br><br>        Defendant.<br>_____/ | No. C 13-02262 CW (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to United States Magistrate Judge Laurel Beeler. The parties shall comply with all applicable requirements in Judge Beeler's standing order (attached), including all procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: June 11, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 13-02262 CW (LB)
NOTICE OF REFERRAL AND ORDER